# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON　　　　　　　　　　　　　　PLAINTIFF
ADC #164517

v.　　　　　　　　　　5:18CV00071-JLH

GLEENOVER KNIGHT, Records Supervisor,
Cummins Unit, ADC; *et al.*　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　Plaintiff's complaint is DISMISSED without prejudice. Document #2.

2.　Plaintiff's motion for temporary restraining order and motion for preliminary injunction is DENIED as moot. Document #3.

3.　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 8th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE